UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INSTITUTO MEXICANO DEL SEGURO
SOCIAL,

    Plaintiff,

v.

STRYKER CORPORATION,

    Defendant.
_____/

Case No. 1:19-cv-857

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

Dated: January 4, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge